UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THAN T. DU,
        Plaintiff,

v.           CIVIL ACTION NO. 15-13678-NMG

TUFTS HOSPITAL VOLUNTEER DEPARTMENT
        Defendants.

## ORDER DISMISSING CASE

GORTON, D.J.

On March 31, 2016, the Court dismissed this action for plaintiff's failure to comply with the Court's February 10, 2016 Order. Docket Entry Nos. 8 and 9. On April 27, 2016, the plaintiff filed two letters that the Court collectively treated as a motion to reconsider its dismissal of the action and for an extension of time to respond to the Court's February 10, 2016 Order. Docket Entry Nos. 11 and 12.

On May 10, 2016, the Court reopened the action and ordered the plaintiff to file an amended complaint within twenty-eight days. Docket Entry No. 13. The plaintiff was warned that failure to comply would likely result in dismissal of this action.

The Plaintiff failed to file an amended complaint and, therefore, failed to comply with the Court's May 10, 2016 Order and February 10, 2016 Order. Accordingly, this action is hereby DISMISSED without prejudice.

SO ORDERED.

6/30/2016         /s/ Nathaniel M. Gorton
DATE         NATHANIEL M. GORTON
        UNITED STATES DISTRICT JUDGE